### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| Armando Ybarra, | : |
| | : |
| Plaintiff, | : Civil Action No.: 4:13-cv-00963-O |
| v. | : |
| | : |
| DISH Network, LLC, | : |
| | : |
| Defendant. | : |
| | : |
| | : |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Plaintiff Armando Ybarra, through undersigned counsel, hereby moves for summary judgment against Defendant DISH Network, LLC for violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §§ 227, *et seq*.

In support of this Motion, Plaintiff submits the accompanying Brief satisfying the requirements of Local Rule 56.3(b), Declaration of Jenny DeFrancisco, Esq., and Appendix.

Pursuant to the TCPA, Plaintiff respectfully requests that the Court enter judgment in his favor for $7,500.00.

Dated: August 25, 2014

Respectfully submitted,

By    */s/ Jenny DeFrancisco*
Jenny DeFrancisco, Esq.
LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2014, the foregoing was electronically filed through the CM/ECF system which sent notice of such filing to the following:

Benjamen E. Kern, Esq.
Benesch, Friedlander, Coplan & Aronoff, LLP
41 South High Street, Suite 2600
Columbus, OH 43215

Eric Larson Zalud, Esq.
Benesch, Friedlander, Coplan & Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114

Lane Fletcher, Esq.
Vic H. Henry, Esq.
Henry, Oddo, Austin & Fletcher, P.C.
1700 Pacific Avenue, Suite 2700
Dallas, TX 75201

*/s/ Jenny DeFrancisco*
Jenny DeFrancisco, Esq.