IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-11316

D.C. Docket No. 4:13-CV-963

ARMANDO YBARRA,

    Plaintiff - Appellee

v.

DISH NETWORK, L.L.C.,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before JONES, SMITH, and SOUTHWICK, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that plaintiff-appellee pay to defendant-appellant the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Nov 11, 2015

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

FILED
November 12, 2015
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

United States Court of Appeals
Fifth Circuit
FILED
October 20, 2015
Lyle W. Cayce
Clerk